IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKARD DENNIS ANDERSON,

    Plaintiff,                           No. CIV S-08-2510 GGH P

    vs.

U.S. DEPT. Of SOCIAL SECURITY, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1. Plaintiff shall submit, within thirty days from the date of this order, a
3   completed affidavit in support of his request to proceed in forma pauperis on the form provided
4   by the Clerk of Court;

5   2. The Clerk of the Court is directed to send plaintiff a new Application to
6   Proceed In Forma Pauperis By a Prisoner; and

7   3. Plaintiff shall submit, within thirty days from the date of this order, a certified
8   copy of his prison trust account statement for the six month period immediately preceding the
9   filing of the complaint. Plaintiff's failure to comply with this order will result in a
10  recommendation that this action be dismissed without prejudice.

11  Dated: 11/04/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

13  ande2510.3c+new